UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80008-CIV-COHN/Snow

MICHAEL DEAN,

    Plaintiff,

v.

AARP, INC. et al.,

    Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on counsel Terence Perkins' Motion to Appear *Pro Hac Vice* (DE 4). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to refile in accordance with the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida and Rule 2B of the CM/ECF Administrative Procedures for the Southern District of Florida.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of February, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
Blaise Repasky, Esq. (P)
Karen Lane, Esq. (Ds)
Terence Perkins, Esq.

Ms. Catherine Wade (MIA)
   Executive Service Administrator